No. 42545.—Protest 963170–G of Associated Manufacturers Co. (San Francisco).

Opinion by DALLINGER, J. On the authority of Abstracts 37615 and 38478 the brass socket shells in question were held dutiable at 35 percent under paragraph 353 as claimed.